92503.32

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION**

| | |
|---|---|
| CRISTY WAUGH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.: _____ |
| v. ) | |
| ) | |
| ABF FREIGHT SYSTEM, INC. and ) | |
| CHRISTOPHER TAYLOR, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF REMOVAL

Come now Defendants, by counsel, Robert D. Hawk, Jr. and Kopka Pinkus Dolin PC, and respectfully notice this Court of the removal of the above-captioned cause from the Allen Superior Court, State of Indiana, pursuant to 28 U.S.C. § 1441, 28 U.S.C. § 1443, and 28 U.S.C. § 1446 and in support thereof state as follows:

1.  This Action is being removed to the United States District Court for the Northern District of Indiana, Fort Wayne Division, on the basis of diversity of citizenship. Additionally, the Plaintiff implicates a federal question as Plaintiff seeks a recovery premised on Defendants' failure to comply with the Federal Motor Carrier Safety Regulations.

2.  On January 16, 2020, Plaintiff filed in the Allen Superior Court, State of Indiana, a Summons and Complaint in the above-titled civil action under Cause No. 02D01-2001-CT-000024. A copy of the Complaint, Summons, and Appearance of Attorneys, Craig Kelley & Faultless, LLC are attached hereto as Exhibit A. There have been no additional orders or pleadings filed with the Allen County Superior Court.

3. A copy of the Complaint and Summons was served upon the Defendant, ABF Freight on January 17, 2020 and later served upon the Defendant, Christopher Taylor, on January 27, 2020.

4. Pursuant to 28 U.S.C. § 1446(b) this *Notice of Removal* must be filed on or before February 26, 2020.

5. This Action is a civil action brought by the plaintiff, Cristy Waugh, an Indiana citizen, against the Defendants, ABF Freight System, Inc. and Christopher Taylor, alleging personal injury damages arising from an alleged motor vehicle accident.

6. Defendant, ABF Freight System, Inc., is a corporate entity incorporated in the State of Delaware and has its principal place of business in Arkansas.

7. Defendant, Christopher Taylor, is a citizen of the State of Ohio, residing in Huber Heights, Ohio.

8. The Plaintiff alleges that her damages exceed $75,000.00, exclusive of interests and costs.

9. This Action is a civil action which may be removed to this Court, by either Defendant, pursuant 28 U.S.C. §§1441 and 1446 and over which this Court has original jurisdiction pursuant to 28 U.S.C. §1332(a).

10. Alternatively, this Action is one which may be removed to this Court, by either Defendant, pursuant to 28 U.S.C. §§1441 and 1446, and over which this Court has original jurisdiction pursuant to 28 U.S.C. §1331, in that the matter in controversy arises under the laws of the United States as the Plaintiff has alleged she is entitled to a recovery based on the Defendants' alleged failure to comply with the Federal Motor Carrier Safety Regulations.

11.	Both Defendants join in and consent to the removal of this Action to the United States District Court for the Northern District of Indiana, Fort Wayne Division.

12.	The Plaintiff, Cristy Waugh, has been served with notice that the *Notice of Removal* has been filed.

13.	A copy of the *Notice of Removal* has been filed with the Clerk of the State Court, the Allen County Superior Court.

14.	The Allen County Superior Court is within the venue of the United States District Court for the Northern District of Indiana, Fort Wayne Division.

15.	This *Notice of Removal* is being filed pursuant to 28 U.S.C. 1446(b) within the applicable time period for removal and is removable as the time for filing such *Notice* has not yet expired.

WHEREFORE, Defendants, ABF Freight and Christopher Taylor, by counsel, respectfully notifies this Honorable Court of the removal of this action from the Allen County Superior Court, State of Indiana, to the United States District Court for the Northern District of Indiana, Fort Wayne Division, and respectfully requests that this Court enter such orders as are appropriate, and for all further just and proper relief in the premises.

Respectfully Submitted,

KOPKA PINKUS DOLIN PC


By: */s/Robert D. Hawk, Jr.*
   Robert D. Hawk, Jr. (#18690-45)
   Attorney for Defendants

KOPKA PINKUS DOLIN PC
9801 Connecticut Avenue
Crown Point, IN  46307
Tel: (219) 794-1888
Fax: (219) 794-1892
Email: rdhawk@kopkalaw.com

3

CERTIFICATE OF SERVICE

I certify that on the 6th day of February, 2020, service of a true and complete copy of the above and foregoing pleading or paper was made upon each party or attorney of record herein using the Indiana E-Filing System (IEFS) and/or by depositing same in the United States mail in envelopes properly addressed to each of them and with sufficient first-class postage affixed.

Samantha C. Craig Stevens
Whitney Coker
Craig Kelley & Faultless LLC
5845 Lawton Loop East Drive
Indianapolis, IN  46216

*/s/Kathleen M. Momcilovic*