02D01-2001-CT-000024

Allen Superior Court 1

Filed: 1/16/2020 9:30 AM
Clerk
Allen County, Indiana
BB

| STATE OF INDIANA | ) | | IN THE ALLEN SUPERIOR COURT |
|---|---|---|---|
| | ) | SS: | |
| COUNTY OF ALLEN | ) | | CAUSE NO. |

CRISTY WAUGH )
)
    Plaintiff, )
)
v. )
)
ABF FREIGHT SYSTEM, INC. and )
CHRISTOPHER TAYLOR, )
)
    Defendants. )

## COMPLAINT

Plaintiff Cristy Waugh, by counsel, hereby asserts claims for relief against Defendants ABF Freight System, Inc. and Christopher Taylor. In support hereof, the Plaintiff states and alleges:

1. At all times relevant herein, Cristy Waugh was domiciled in Noble County, Indiana.

2. At all times relevant herein, Christopher Taylor was traveling in the State of Indiana.

3. At all times relevant herein, ABF Freight System, Inc. was doing business in the State of Indiana.

4. At all times relevant herein, Christopher Taylor was an employee of ABF Freight System, Inc. and working within the scope of said employment. As a result of an employee-employer relationship, ABF Freight System, Inc. is liable, under the theory of *respondeat superior*, for the negligent acts or omissions of Christopher Taylor.

1

5. On September 20, 2019, at approximately 9:11 a.m., Cristy Waugh was operating a Chevrolet in the right, eastbound lane of Interstate 469 in Allen County, Indiana.

6. At said date and time, Christopher Taylor was operating a Semi-Tractor and Trailer in the left, eastbound lane of Interstate 469 in Allen County, Indiana.

7. At said date and time, Christopher Taylor negligently changed lanes on Interstate 469 and caused the Chevrolet being occupied by Cristy Waugh to collide with the guardrail.

8. At all times relevant herein, ABF Freight System, Inc. was a motor carrier subject to the provisions of the Federal Motor Carrier Safety Regulations as incorporated by reference in Indiana Code §8-2.1-24-18.

9. At all times relevant herein, the Semi-Tractor and Trailer being operated by Christopher Taylor was a commercial motor vehicle subject to the provisions of the Federal Motor Carrier Safety Regulations as incorporated by reference in Indiana Code §8-2.1-24-18.

10. At all times relevant herein, as the driver and operator of the Semi-Tractor and Trailer, Christopher Taylor, was subject to the provisions of the Federal Motor Carrier Safety Regulations as incorporated by reference in Indiana Code §8-2.1-24-18.

11. At all times relevant herein, Christopher Taylor owed various duties, including but not limited to:

   a. a duty to maintain proper control of the vehicle;

b. a duty to keep a proper lookout;

c. a duty to exercise reasonable care in the operation of the vehicle;

d. a duty to operate the vehicle at a reasonable speed;

e. a duty to not change from one traffic lane to another unless the movement can be made with reasonable safety;

f. a duty to use a hand or turn signal indicating a lane change;

g. a duty to yield the right-of-way; and

h. a duty to comply with the Federal Motor Carrier Safety Regulations.

12. On September 20, 2019, at approximately 9:11 a.m., Christopher Taylor negligently breached the duties that were owed. Christopher Taylor's breaches include, but are not limited to:

a. failing to maintain proper control of the vehicle;

b. failing to keep a proper lookout;

c. failing to exercise reasonable care in the operation of the vehicle;

d. failing to operate the vehicle at a reasonable speed;

e. changing from one traffic lane to another when the movement could not be made with reasonable safety;

f. failing to use a hand or turn signal to indicate a lane change; and

g. failing to yield the right-of-way; and

h. failing to comply with the Federal Motor Carrier Safety Regulations.

13. Some of Christopher Taylor's negligent acts or omissions were violations of statutes or ordinances, for which there was no excuse or justification, that were

designed to protect the class of persons, in which Cristy Waugh was included, against the risk of harm which occurred as a result of the violations.

14. As a direct and proximate result of Christopher Taylor's negligence, Cristy Waugh:

   a. has sustained injuries, which might be permanent in nature and have affected the ability to function as a whole person;
   b. has sustained physical pain and mental suffering, and it is likely physical pain and mental suffering will be experienced in the future, as a result of the injuries;
   c. has incurred reasonable expenses for necessary medical care, treatment and services, and it is likely expenses for future medical care, treatment, and service will also be incurred;
   d. may have had personal property damaged or destroyed, lost the use of personal property, and incurred towing and storage expenses;
   e. may have lost earnings, profits or income;
   f. may have lost or suffered an impairment of earning capacity;
   g. may have sustained bodily disfigurement or deformity; and
   h. may have been otherwise damaged and injured.

**WHEREFORE**, Plaintiff Cristy Waugh prays that the Court enters a judgment against Defendants Christopher Taylor and ABF Freight System, Inc., and for Plaintiff Cristy Waugh, in an amount sufficient to reasonably compensate Plaintiff Cristy Waugh for the damages incurred and injuries sustained, for costs,

4

for a trial by jury on all issues in this cause, and all other just and proper relief in the premises.

Respectfully submitted,

CRAIG KELLEY & FAULTLESS LLC


*/s/ Samantha C. Craig Stevens*
Samantha C. Craig Stevens, #32553-49


*/s/ Whitney L. Coker*
Whitney L. Coker, #32556-48

Attorneys for Plaintiff:

CRAIG KELLEY & FAULTLESS LLC
5845 Lawton Loop East Drive
Indianapolis, IN 46216
(317) 545-1760
(317) 545-1794 (facsimile)

| | | |
|---|---|---|
| STATE OF INDIANA ) | | IN THE ALLEN SUPERIOR COURT |
| ) | SS: | |
| COUNTY OF ALLEN ) | | CAUSE NO. |

CRISTY WAUGH )
)
    Plaintiff, )
)
v. )
)
ABF FREIGHT SYSTEM, INC. and )
CHRISTOPHER TAYLOR, )
)
    Defendants. )

## JURY TRIAL DEMAND

Plaintiff Cristy Waugh, by counsel, pursuant to Trial Rule 38 of the Indiana Rules of Procedure and the Constitution of the State of Indiana, hereby demands a trial by jury on all issues in this cause.

Respectfully submitted,

CRAIG KELLEY & FAULTLESS LLC

/s/ *Samantha C. Craig Stevens*
Samantha C. Craig Stevens, #32553-49

/s/ *Whitney L. Coker*
Whitney L. Coker, #32556-48

Attorneys for Plaintiff:

CRAIG KELLEY & FAULTLESS LLC
5845 Lawton Loop East Drive
Indianapolis, IN 46216
(317) 545-1760
(317) 545-1794 (facsimile)

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Jury Trial Demand has been electronically filed using the Indiana E-Filing System.

I also certify that a true and accurate copy of the foregoing Jury Trial Demand is being served upon the Defendant(s) with the Summons and Complaint.

*/s/ Samantha C. Craig Stevens*
Samantha C. Craig Stevens