# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| CRISTY WAUGH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.: 1:20-CV-00060 |
| v. ) | |
| ) | |
| ABF FREIGHT SYSTEM, INC. and ) | |
| CHRISTOPHER TAYLOR, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Parties by counsel come before the Court and now stipulate and agree that the above-captioned cause may be dismissed in its entirety as to the parties. The parties further agree that this dismissal shall be with prejudice against reinstatement.

Costs paid.

| | |
|---|---|
| */s/Whitney Coker*_____ | */s/Robert D. Hawk, Jr.*_____ |
| Whitney Coker | Robert D. Hawk, Jr. (#18690-45) |
| Craig Kelley & Faultless LLC | KOPKA PINKUS DOLIN PC |
| 5845 Lawton Loop East Drive | 9801 Connecticut Avenue |
| Indianapolis, IN 46216 | Crown Point, IN 46307 |
| *Attorney for Plaintiff* | *Attorney for Defendants* |